IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JUDITH HEENAN,               ) | |
| ) | |
| Plaintiff,          ) | |
| ) | CIVIL ACTION NO. |
| v.                           ) | 2:09cv75-MHT |
| ) | (WO) |
| MARILYN RHODES,              ) | |
| DEBBIE GAGNON,               ) | |
| CICELY BAUGH-HOOTEN,         ) | |
| CAM HAMILTON,                ) | |
| JUD MCCARTHA,                ) | |
| JUANITA LANDERS,             ) | |
| RAMONA LAZENBY,              ) | |
| and ANITA ALL,               ) | |
| ) | |
| Defendants.         ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, AND DECREE of the court that:

(1) The motion for summary judgment (Doc. No. 44) filed by defendants Marilyn Rhodes, Debbie Gagnon, Cicely Baugh-Hooten, Cam Hamilton, Jud McCartha, Juanita Landers, Ramona Lazenby, and Anita All is granted.

(2) Judgment is entered against plaintiff Judith Heenan and in favor of defendants Rhodes, Gagnon, Baugh-Hooten, Hamilton, McCartha, Landers, Lazenby, and All, with plaintiff Heenan taking nothing by her complaint.

It is further ORDERED that all other outstanding motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff Heenan, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of December, 2010.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE